IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR COSTA DEL MORAL, et al.

    Plaintiffs

v.

SERVICIOS LEGALES DE PUERTO RICO, INC., et al.

    Defendants

Civil No. 96-1872(SEC)
ADEA

## JUDGMENT

Pursuant to our opinion and order of even date, plaintiffs' complaint against defendants is **DISMISSED**. Judgment is entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of August, 1999.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev.8/82)